UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CAUSE NO. |
| v. | ) |
| AZAMBIR S. KHAIRA, | ) 2:20-cr-0002 JPH-CMM |
| Defendant. | ) |

**FILED JAN 29 2020 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA**

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At times relevant to this Information:

1. AZAMBIR S. KHAIRA, the Defendant herein, was a resident of Vigo County, Indiana.

2. AZAMBIR S. KHAIRA controlled and operated multiple gasoline stations in Vigo County, Indiana, and elsewhere.

3. The gasoline stations were operated under the business names Hoosier Pete, Jiffy Mart and Express Mart and under the corporate names Easy Stop Inc., Super Stop Inc., TH Express Inc., Fivestar Holdings Inc. and TH Jiffy Inc.

4. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States, and collecting taxes owed to the United States.

5. The Internal Revenue Code and associated statutes and regulations required employers to withhold from employees' gross pay federal income taxes and Federal Insurance Contribution Act ("FICA") taxes, which represent Social Security and Medicare taxes, and to account for and pay the withheld taxes to the IRS on a quarterly basis, but no later than the last day of the month following the end of each quarter. These taxes were defined collectively as "trust fund taxes". Trust fund taxes are to be held in trust for the United States by the employer and required to be paid over for the benefit of employees.

6. In addition to the trust fund taxes that must be withheld from pay, employers were separately required to make contributions on the FICA for Social Security and Medicare in amounts matching the amounts withheld from their employees' pay for those purposes. Such employer contributions were likewise required to be remitted to the IRS no later than the last day of the month following the end of the quarter. Trust fund taxes and employers' FICA contributions are commonly referred to as "employment taxes".

7. Employers were generally required to file, one month after the conclusion of a calendar quarter, an IRS Form 941, setting forth the total amount of income taxes withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits paid.

8. A person was responsible for collecting, accounting for, and paying over the trust fund taxes if that person had the authority required to exercise significant control over the employer's financial affairs.

9. As the operator of the gasoline stations referred to in Paragraphs 2 and 3, above, and as the employer of all of the employees of said gasoline stations, AZAMBIR S. KHAIRA was the person responsible for collecting, accounting for, and paying over the employment taxes attributable to the operation of said gasoline stations.

## THE OFFENSE

10. Paragraphs 1 through 9, above, are incorporated as though fully set out herein.

11. On various occasions beginning not later than in or about April 2016, and continuing until in or about January 2019, in Vigo County, in the Southern District of Indiana, and elsewhere,

### AZAMBIR S. KHAIRA,

the Defendant herein, willfully attempted to evade and defeat a substantial part of the employment taxes owed by Easy Stop Inc., Super Stop Inc., TH Express Inc., Fivestar Holdings Inc. and TH Jiffy Inc. to the United States of America, for various calendar quarters in 2016, 2017 and 2018, by committing the following affirmative acts, among others:

a. Paying employees in cash;

b. Providing false information to his accountant regarding the number of his employees, the identities of his employees and the amount of wages paid to his employees;

c. Caused to be filed false IRS Forms 941 regarding the amount of wages paid to employees; and

d. Failed to timely file various IRS Forms 941.

All in violation of Title 26, Unites States Code, Section 7201.

JOSH J. MINKLER
United States Attorney

STATE OF INDIANA    )
                    )  SS:
COUNTY OF MARION    )

James M. Warden, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America, and that the allegations in the foregoing Information are true as he is informed and verily believes.

_James M. Warden_
James M. Warden
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 28th day of January, 2020.

_Jessica Erin Retzlaff_
Jessica Erin Retzlaff
Notary Public

My Commission Expires: May 10, 2023

My County of Residence: Vigo

4